MARK P. GRAJSKI (SBN 178050)
mgrajski@seyfarth.com
LINDSAY S. FITCH (SBN 238227)
lfitch@seyfarth.com
TIFFANY TRAN (SBN 294213)
ttran@seyfarth.com
**SEYFARTH SHAW LLP**
400 Capitol Mall, Suite 2350
Sacramento, CA  95814
Telephone: 916-448-0159
Facsimile:  916-558-4839

*Attorneys for Defendant*
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BRAGER,<br><br>         Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1-25 inclusive,<br><br>         Defendants. | CASE NO.  2:19−CV−00044-MCE-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION FILING DEADLINE** |

Pursuant to Local Rules 143 and 144(d) and Federal Rule of Civil Procedure 16(b), Plaintiff KYLE BRAGER ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Costco"), by and through their respective counsel of record, hereby stipulate as follows;

WHEREAS, on January 7, 2019, the Court issued an Initial Pretrial Scheduling Order in this matter;

WHEREAS, the current dispositive motion filing deadline is July 1, 2020;

WHEREAS, on December 18, 2019, Plaintiff's counsel served a notice for the deposition of Gene Laughery, former Costco Warehouse Manager where Plaintiff worked;

WHEREAS, defense counsel informed Plaintiff's counsel that Mr. Laughery was retired and located out-of-state in Phoenix, Arizona, that defense counsel would represent him for

purposes of his deposition in Phoenix, but that Mr. Laughery was not available in Sacramento, California for the unilaterally noticed date;

WHEREAS, the parties continued to meet and confer regarding Mr. Laughery's deposition when the COVID-19 pandemic began and out-of-state travel was halted;

WHEREAS, the parties have since scheduled the deposition of Mr. Laughery to occur in Phoenix, Arizona on July 16, 2020;

WHEREAS, the parties agree that Mr. Laughery's deposition should be taken prior to the dispositive motion filing deadline;

WHEREAS, given the delay in scheduling Mr. Laughery's deposition due to COVID-19 despite the parties' good faith meet and confer efforts, the parties agree these is good cause to continue Costco's dispositive motion filing deadline;

WHEREAS, the parties agree that the brief extension of the dispositive motion filing deadline to September 15, 2020 will not affect any other case or Court deadlines as there are no such deadlines on calendar;

WHEREAS, the parties agree that the brief extension of the dispositive motion filing deadline to September 15, 2020 will not prejudice any party;

NOW, THEREFORE, IT IS STIPULATED AND AGREED by and among the parties that the current dispositive motion filing deadline shall be extended from July 1, 2020 to September 15, 2020.

///
///
///
///
///
///
///
///
///

1  IT IS SO STIPULATED.

2

3

4  DATED: June 16, 2020                SEYFARTH SHAW, LLP

5
                                       By: */s/ Tiffany T. Tran*
6                                          Mark P. Grajski
                                           Lindsay S. Fitch
7                                          Tiffany T. Tran

8                                          Attorney for Defendant
                                           COSTCO WHOLESALE CORPORATION
9

10 DATED: June 16, 2020                TOWER LEGAL GROUP P.C.

11

12                                     By: */s/ James A. Clark*
                                           James A. Clark
13
                                           Attorney for Plaintiff
14                                         KYLE BRAGER

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION FILING DEADLINE

64393201v.1

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

Defendant's deadline to file dispositive motions is continued from July 1, 2020 to September 15, 2020.

IT IS SO ORDERED.

Dated: June 17, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE