SEYFARTH SHAW LLP
Lindsay S. Fitch (SBN 238227)
lfitch@seyfarth.com
Tiffany Tran Madison (SBN 294213)
tmadison@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:     (916) 558-4839

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BRAGER,<br><br>             Plaintiff,<br><br>       v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 - 25, inclusive,<br><br>             Defendants. | Case No. 2:19-cv-00044-MCE-KJN<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:    Hon. Morrison C. England, Jr.<br>Place:    Courtroom 7 |

   Having read and considering the Parties' Stipulation For Extension of Time for Defendant to File Reply Brief In Support Of Its Motion For Summary Judgment, or in the Alternative, Summary Adjudication and good cause appearing,

   IT IS HEREBY ORDERED that Defendant's deadline to file its reply brief in support of its Motion For Summary Judgment, or in the Alternative, Summary Adjudication, shall be extended from October 22, 2020 to October 26, 2020.

   **IT IS SO ORDERED.**

**Dated:  October 19, 2020**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING EXTENSION OF TIME TO FILE REPLY ISO MSJ

65994919v.1
66305640v.1