SEYFARTH SHAW LLP
Lindsay S. Fitch (SBN 238227)
lfitch@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

James A. Clark, Esq. (SBN 278372)
james.clark@towerlegalgroup.com
Renee P. Ortega (SBN 283441)
Renee.ortega@towerlegalgroup.com
**TOWER LEGAL GROUP, PC**
11335 Gold Express Drive, Suite 105
Sacramento, CA 95670
Tel: (916) 361-6009|Fax: (916) 361-6019

Attorneys for Plaintiff,
KYLE BRAGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BRAGER,<br><br>        Plaintiff,<br><br>   v.<br><br>COSTCO WHOLESALE CORPORATION, a corporation; and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-00044-MCE-KJN<br><br>**ORDER RE STIPULATION TO FILE JOINT JURY INSTRUCTIONS AND JOINT VERDICT FORM ON FRIDAY, FEBRUARY 23** |

PURSUANT TO THE STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the deadline to submit joint jury instruction and a join proposed verdict form is continued from February 21, 2024 to February 23, 2024.

**IT IS SO ORDERED.**

Dated:  February 22, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE