UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BRAGER, | No. 2:19-cv-00044-DJC-KJN |
| Plaintiffs, | |
| v. | ORDER |
| COSTCO WHOLESALE CORPORATION, | |
| Defendants. | |

Before the Court is Defendant's Request for Leave to File Supplemental Witness and Exhibit Lists following the Court's denial of Defendant's Motions in Limine, ECF Nos. 37–42.  (ECF No. 61.)

As an initial matter, Defendant frames the Court's rulings on the Motions in Limine as "expand[ing] the universe of evidence" which will be presented, and insinuates that the Court is admitting irrelevant evidence.  *See* (ECF No. 61 at 2 ("Costco was operating under the assumption . . . that the only evidence it needed to prepare was that which is relevant only to those claims [reserved after summary judgement.]").)  Instead, Defendant's Motions in Limine sought to *reduce* the scope of issues and evidence to be presented at trial, including issues the Court explicitly reserved for the jury in its Summary Judgement Order (ECF No. 14).  The fact that this Court does not hold that same narrow view of relevance as Defendant does not mean

1

that the Court "expanded" the issues for trial or revived any causes of action previously dismissed on summary judgment.

Nevertheless, because the Court did hear the Motions in Limine for the purpose of resolving the scope of trial, and Defendant reserved its right to supplement its witness and exhibits lists pending the Court's ruling, the Court will grant Defendant's request.

For the above reasons, IT IS HEREBY ORDERED that Defendant's Request for Leave to File Supplemental Witness and Exhibit Lists, ECF No. 61, is GRANTED.

IT IS SO ORDERED.

Dated:   **February 23, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC2 – Brager19cv00044_LeaveFileSupp

2