UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BRAGER,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br>a corporation; and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-00044-DJC-CSK<br><br>**JUDGMENT REGARDING COSTCO WHOLESALE CORPORATION'S COSTS** |

    On December 12, 2024, a unanimous jury in this matter returned a verdict in favor of Defendant Costco Wholesale Corporation ("Costco"). See ECF Nos. 110, 112.

    On December 12, 2024, judgment was entered in accordance with the jury's December 12, 2024 verdict. ECF No. 111.

    On December 26, 2024, Costco filed its Bill of Costs pursuant to the December 12, 2024 judgment against Plaintiff Kyle Brager ("Plaintiff"). ECF No. 118.

    On January 8, 2025, Plaintiff filed his Objection to Costco's Bill of Costs. ECF No. 119.

    On February 19, 2025, the Court entered an Order granting in part Costco's costs request, and awarded costs to Costco in the amount of $9,947.17. ECF No. 124.

///

///

Accordingly, pursuant to the Court's February 19, 2025 Order, IT IS ORDERED AND ADJUDGED that JUDGMENT reflecting costs is hereby entered in favor of Costco and against Plaintiff Kyle Brager in the amount of $9,947.17.

Dated: February 25, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE